RULE16

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:04-cv-04882-JAP-MCA

| | |
|---|---|
| SMOLUCHA v. PFIZER, INC. et al | Date Filed: 10/04/2004 |
| Assigned to: Judge Joel A. Pisano | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Madeline C. Arleo | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1332 Diversity-Personal Injury | Jurisdiction: Diversity |

**Plaintiff**

MARIANNE SMOLUCHA     represented by     **HARRIS L. POGUST**
*ON BEHALF OF HERSELF AND AS*     CUNEO, POGUST & MASON, LLP
*PARENT AND NATURAL GUARDIAN*     200 BARR-HARBOR DRIVE
*OF MINOR PLAINTIFFS, LAURA*     SUITE 400
*SMOLUCHA AND MARINA*     WEST CONSHOHOCKEN, PA 19428
*SMOLUCHA*     (610) 941-2940
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

PFIZER, INC.     represented by     **RICHARD G. PLACEY**
    MONTGOMERY, MCCRACKEN,
    WALKER & RHOADS, ESQS.
    LIBERTY VIEW, 6TH FLOOR
    457 HADDONFIELD ROAD
    CHERRY HILL, NJ 08002
    (856) 488-7700
    Email: rplacey@mmwr.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Defendant**

PARKE DAVIS     represented by     **RICHARD G. PLACEY**
*A DIVISION OF WARNER LAMBERT,*     (See above for address)
*CO.*     *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2004 | 1 | COMPLAINT against PARKE DAVIS, PFIZER, INC. ( Filing fee $ 150 receipt number 337210.) , filed by MARIANNE SMOLUCHA.(dr, ) (Entered: 10/06/2004) |

| | | | |
|---|---|---|---|
| 12/21/2004 | 2 | | Notice of Call for dismissal Pursuant to Rule 4(m) Motion Hearing set for 1/10/2005 11:00 AM in Newark - Courtroom 2 before Judge Joel A. Pisano. (tt, ) (Entered: 12/21/2004) |
| 12/30/2004 | 3 | | CONSENT ORDER for acknowledgment of receipt of summons and complt. by deft. Pfizer, Inc., directing deft. Pfizer to answer by 1/31/05.. Signed by Judge Madeline C. Arleo on 12/29/04. (nr, ) (Entered: 01/03/2005) |
| 01/03/2005 | 4 | | AFFIDAVIT of proof of Service re: defts via cert. mail. (sr, ) (Entered: 01/06/2005) |
| 01/24/2005 | 5 | | STATEMENT by PFIZER, INC., PARKE DAVIS. (PLACEY, RICHARD) (Entered: 01/24/2005) |
| 01/27/2005 | 6 | | Consent ORDER that defts shall have until 2/28/05 to answer pltf's complaint. Signed by Judge Madeline C. Arleo on 1/27/05. (jd, ) (Entered: 02/04/2005) |
| 02/28/2005 | 7 | | ANSWER to Complaint *(with Certificate of Service)* by PFIZER, INC., PARKE DAVIS.(PLACEY, RICHARD) (Entered: 02/28/2005) |
| 04/22/2005 | 8 | | LETTER ORDER scheduling Initial Conference for 5/31/2005 at 3:00 PM in Newark - Courtroom 2A before Magistrate Judge Madeline C. Arleo.. Signed by Judge Madeline C. Arleo on 4/22/05. (jl, ) (Entered: 04/22/2005) |
| 04/28/2005 | 9 | | NOTICE of Appearance by HARRIS L. POGUST on behalf of MARIANNE SMOLUCHA (DD, ) (Entered: 04/29/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/16/2005 16:57:16 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-04882-JAP-MCA Start date: 1/1/1970 End date: 6/16/2005 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 2 0 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1629

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-8)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 51 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN - 7 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-8 - TAG-ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #

**ALABAMA NORTHERN**
    ALN  7  05-74        Frieda Burroughs, etc. v. Pfizer, Inc., et al.

**MAINE**
    ~~ME  2  05-84~~        ~~Gerald Demers v. Pfizer, Inc., et al.~~    Opposed 6/3/05

**MISSOURI EASTERN**
    ~~MOE  4  04-1429~~        ~~Earl E. Prather, et al. v. Pfizer, Inc., et al.~~    Vacated 6/6/05

**NEW JERSEY**
    NJ  2  04-4882        Marianne Smolucha, etc. v. Pfizer, Inc., et al.
    NJ  2  04-4883        Christine Gambardello, et al. v. Pfizer, Inc., et al.
    NJ  2  05-2061        John Jarosz, etc. v. Pfizer, Inc., et al.

**NEVADA**
    NV  2  04-1694        Monica Almeida v. Pfizer, Inc.

**TEXAS WESTERN**
    ~~TXW  1  05-175~~        ~~Irene Barlow v. Pfizer, Inc., et al.~~    Opposed 6/3/05